UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROKT CORP., et al., <br><br>                    Plaintiffs, <br><br>         -v.- <br><br> ADSPOSTX, INC., et al., <br><br>                    Defendants. | 23 Civ. 02081 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

On April 17, 2023, the Court held a show cause hearing on Plaintiffs' application for a preliminary injunction. At the hearing, Defendants requested that the Court authorize reciprocal discovery in connection with Plaintiffs' application. Furthermore, Plaintiffs requested that the Court permit them two weeks to supplement their application with information obtained from expedited discovery.

By April 20, 2023 at 5:00 p.m., Plaintiffs and Defendants shall submit a joint proposed timetable for (1) the parties' completion of expedited discovery, with such timetable allotting sufficient time for Defendants to serve discovery requests, as well as to obtain and review any discovery produced thereto; and (2) the parties to make supplemental submissions (if any) based exclusively on material derived from such expedited discovery.

SO ORDERED.

Dated: April 18, 2023
       New York, New York

_____<br>
JENNIFER H. REARDEN<br>
United States District Judge