USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  08/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                           :

ROKT CORP. *et ano.*,                   :
                                           :

               Plaintiffs,      :      **ORDER**
                                           :

           -v-                  :      23-CV-2081 (JHR) (JLC)
                                           :

ADSPOSTX, INC. *et al.*,          :
                                         :

              Defendants.    :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

      By Order of Reference dated August 11, 2023 (Dkt. No. 67), Judge Rearden referred this case to me for settlement.  The parties are directed to advise the Court within 30 days of the date of this Order when they wish to schedule a settlement conference.  The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties.  Alternatively, counsel are free to call chambers at (212) 805-0250 with both sides on the line and coordinate with my deputy clerk, David Tam, to find a mutually convenient date for the parties and the Court.

      **SO ORDERED.**

Dated: August 14, 2023
      New York, New York

                                 _____
                                   JAMES L. COTT
                                 United States Magistrate Judge