

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019
212 468 4800
dglaw.com

Direct Dial: 212.468.4890
Email: mrachman@dglaw.com

February 8, 2024

**Via ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The deadlines for Plaintiffs' and Defendants' supplemental submissions are extended to February 16, 2024 and February 28, 2024, respectively.

The Clerk of Court is directed to terminate ECF No. 90.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: February 9, 2024

Re: *Rokt Corp. et al. v. AdsPostX, Inc. et al.*, Case No. 1:23-cv-02081-JHR

Dear Judge Rearden

This firm represents Defendants AdsPostX, Inc., Jon Nolz, and Surojit Niyogi ("Defendants") in the above-referenced action. We write pursuant to Your Honor's Individual Practices, with Plaintiffs' consent, to request an extension of time to file the supplemental submissions ordered by the Court on February 7, 2024. (Docket No. 89.) At Defendants' request, the Parties have agreed to a slight modification of the supplemental briefing schedule as follows:

- Plaintiffs' submission, which is currently due on February 14, 2024, to be due on February 16, 2024; and

- Defendants' submission, which is currently due on February 21, 2024, to be due on February 28, 2024.

This is Defendants' first request for an extension of time as to this submission and an extension would not impact any other currently scheduled dates. Defendants respectfully request that the Court grant this extension, as the current schedule conflicts with the Presidents' Day holiday period during which Defendants' counsel will be largely out of the office and unavailable.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*/s/ Marc J. Rachman*
Marc J. Rachman

**cc: Tomasita L. Sherer, Esq. (counsel for Plaintiffs) (by ECF)**