UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROKT CORP. and ROKT PTE LTD., <br><br>                           Plaintiffs, <br><br> -v.- <br><br> ADSPOSTX, INC., JON NOLZ, and SUROJIT NIYOGI, <br><br>                           Defendants. | 23 Civ. 02081 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

On **April 30, 2024** at **11:30 a.m.**, the Court will hold a status conference by telephone regarding Plaintiffs' application for a preliminary injunction and other matters. Additional information will follow. Counsel should join the conference by dialing 646-453-4442 and entering access code 525 466 820 followed by the pound (#) key. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: March 21, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge