**MEMO ENDORSED**

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 4.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: March 21, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROKT CORP. and ROKT PTE LTD.,

                                    Plaintiffs,

          v.

ADSPOSTX, INC., JON NOLZ, and SUROJIT
NIYOGI,

                                    Defendants.

Civil Case No. ___23 Civ. 2081_____

~~NOTICE OF MOTION~~

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and all prior pleadings and proceedings herein, plaintiffs Rokt Corp. and Rokt Pte Ltd.'s (collectively, "Rokt"), by their undersigned counsel, will move this Court, pursuant to Fed. R. Civ. P. 5.2(d), (f), for an Order granting Rokt leave to file under seal unredacted versions of Exhibits A and E to the Complaint and Declaration of Ashley Firmstone, in connection with Rokt's motion for a preliminary injunction and expedited discovery, and file redacted versions of Exhibits A and E in public view on the Court's ECF system.

Dated: March 10, 2023
       New York, New York

Respectfully submitted,

DENTONS US LLP

By:   _/s/ Tomasita L. Sherer_____
      Tomasita L. Sherer
      Sara Gates
      1221 Avenue of the Americas
      New York, NY 10020-1089
      Phone: (212) 398-4871
      Fax: (212) 768 6800
      tomasita.sherer@dentons.com
      sara.gates@dentons.com

      *Attorneys for Plaintiffs Rokt Corp. and*
      *Rokt Pte Ltd.*