**大成 DENTONS**  **Tomasita L. Sherer**

tomasita.sherer@dentons.com
D  +1 212-398-4871

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

> **Application GRANTED. The conference is hereby adjourned to May 16, 2024 at 11:00 a.m.**
>
> **The Clerk of Court is directed to terminate ECF No. 113.**
>
> **SO ORDERED.**
>
> */s/ Jennifer H. Rearden*
> **Jennifer H. Rearden, U.S.D.J.**
> **Date: March 27, 2024**

March 26, 2024

VIA ECF

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Rokt Corp. et al. v. AdsPostX, Inc. et al.*, Case No. 1:23-cv-02081-JHR
       Unopposed Request for Adjournment of Status Conference

Dear Judge Rearden:

We represent Plaintiffs Rokt Corp. and Rokt Pte. Ltd. (collectively, "Rokt" or "Plaintiffs") in the above-referenced action. On March 21, 2024, the Court ordered the Parties to appear for a telephonic status conference on April 30, 2024, at 11:30 a.m., related to Plaintiffs' pending application for a preliminary injunction and other matters. Dkt. No. 108. Due to a prior unmovable professional conflict by its counsel related to another case pending in federal court, Rokt respectfully requests that the Court adjourn the status conference to May 1 or 2, or some other date that is convenient for Your Honor.

This is Rokt's first request for an extension or adjournment related to the Court's scheduling order (Dkt. No. 108). Rokt has conferred with counsel for Defendants AdsPostX, Jon Nolz, and Surojit Niyogi, who consents to this request and is available on the foregoing dates.

Except for the status conference currently scheduled for April 30, 2024, no other court dates have been scheduled in this action.

We thank the Court for its attention to this matter.

Very truly yours,

*/s/ Tomasita L. Sherer*

Tomasita L. Sherer

大成 DENTONS

Hon. Jennifer H. Rearden
March 26, 2024
Page 2

dentons.com

## CERTIFICATE OF SERVICE

I, Tomasita L. Sherer, hereby certify that on March 26, 2024, a true and correct copy of the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

/s/ Tomasita L. Sherer