

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019

212 468 4800
dglaw.com

*Application GRANTED.  The conference is hereby adjourned to **May 22, 2024 at 11:30 a.m.***

March 29, 2024

Direct Dial: 212.468.4890
Email: mrachman@dglaw.com

*The Clerk of Court is directed to terminate ECF No. 115.*

**Via ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: April 1, 2024*

Re: *Rokt Corp. et al. v. AdsPostX, Inc. et al.*, Case No. 1:23-cv-02081-JHR

Dear Judge Rearden

This firm represents Defendants AdsPostX, Inc., Jon Nolz, and Surojit Niyogi ("Defendants") in the above-referenced action. We write pursuant to Your Honor's Individual Practices, to request a brief adjournment of the conference scheduled by the Court for May 14, 2024. (Docket No. 114.)  Defendants respectfully request that the conference be adjourned to the following week on May 20, 21, or 22.  Plaintiffs consent to this request.

This is Defendants' first request for an extension of time as to this conference and an extension would not impact any other currently scheduled dates.  Defendants respectfully request that the Court grant this extension, as the current schedule conflicts with my travel plans to attend my daughter's college graduation weekend in Ohio.  If these dates are not available for the Court, Defendants respectfully request an adjournment to an alternative date that is available for the Court other than May 23 or May 24, as my colleagues on this matter are not available on those two days, as they will both be out of the office on vacation.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

*/s/ Marc J. Rachman*

Marc J. Rachman

**cc: Counsel for Plaintiffs (by ECF)**