

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019
212 468 4800
dglaw.com

June 10, 2024

**Marc J. Rachman**
d 212 468 4890
mrachman@dglaw.com

*By ECF*

Hon. Jennifer H. Rearden
U.S. District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    ***Rokt Corp. et al. v. AdsPostX, Inc. et al.*, Case No. 1:23-cv-02081-JHR**

Dear Judge Rearden:

      This firm represents Defendants AdsPostX, Inc., Jon Nolz, and Surojit Niyogi ("Defendants") in the above-referenced action. We submit this letter to provide additional context to two of the issues raised by the Court during the telephonic status conference held on June 7, 2024 (the "Status Conference").

      <u>First</u>, as discussed during the conference, Defendants' letter motion of May 3, 2023 [Dkt. No. 52] regarding Plaintiffs' failure to respond to two expedited discovery requests remains outstanding (the "Discovery Motion"). As counsel for Plaintiffs explained at the Status Conference, Plaintiffs filed a letter opposing the Discovery Motion on May 8, 2023 [Dkt. No. 53]. The Court did not issue a ruling or schedule a discovery conference at that time. In our supplemental memorandum of law opposing Plaintiffs' preliminary injunction motion (the "PI Motion"), Defendants noted that the requested discovery and related motion remained outstanding and requested that the Court make an adverse inference with respect to the pending PI Motion. (*See* Dkt. No. 72 at 2-3, 13 n.4, 25.) Now, after speaking with Defendants, and given that the parties have fully briefed the PI Motion, the only relief Defendants continue to request on the Discovery Motion is that the Court draw an adverse inference against Plaintiffs in connection with the PI Motion with respect to the two document requests raised in the Discovery Motion. With respect to the Discovery Motion only, and without prejudice to renewing the subject requests should the case proceed to full discovery, Defendants no longer seek to compel Plaintiffs to produce the documents that are the subject of the Discovery Motion in connection with the PI Motion.



June 10, 2024
Page 2

      <u>Second</u>, we can confirm that a USB drive containing Exhibits 3 and 4 to the Supplemental Declaration of Surojit Niyogi (Dkt. No. 73) was delivered to the Court by hand on August 31, 2023. For the Court's convenience, Defendants will deliver an additional copy of the USB drive to the Court shortly under separate cover.

Respectfully yours,

/s/ *Marc J. Rachman*

Marc J. Rachman

cc:    Counsel of Record