UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2025
```

ROKT CORP. and ROKT PTE LTD.,

                Plaintiffs,

-v-

ADSPOSTX, INC., JON NOLZ, AND SUROJIT NIYOGI,

                Defendants.

**ORDER**

23-CV-2081 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    On September 12, 2025, Defendants filed a letter motion seeking to adjourn the conference scheduled for September 19, 2025 (*see* ECF No. 133) to September 26, 2025. ECF No. 134. Defendants' letter motion is **GRANTED IN PART** and **DENIED IN PART**.

    The Court **GRANTS** the portion of Defendants' motion requesting an adjournment of the conference, but **DENIES** the Defendants' request to schedule the conference on September 26, 2025. The Court will hold the conference by telephone on **September 25, 2025** at **10:30 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 706 544 273#).

**SO ORDERED.**

Dated: September 15, 2025
       New York, New York

                                      Henry J. Ricardo
                                      United States Magistrate Judge