UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ROKT CORP. and ROKT PTE LTD.,

        Plaintiffs,

  -v-                                  No.  1:23-CV-02081-LTS

ADSPOSTX, INC., JON NOLZ, and
SUROJIT NIYOGI,

        Defendants.

-------------------------------------------------------x

        <u>O</u>RDER <u>R</u>EGARDING <u>R</u>EDACTION OF <u>S</u>EPTEMBER 5, 2025 <u>P</u>RELIMINARY <u>I</u>NJUNCTION <u>O</u>PINION

        The parties have filed a joint letter (docket entry no. 136) proposing redactions to the Court's September 5, 2025, Memorandum Opinion and Order granting preliminary injunctive relief to Plaintiffs (docket entry no. 128 ("Preliminary Injunction Opinion")).  This request is granted because the proposed redactions are narrowly tailored to protect sensitive and confidential business information.  See, e.g., <u>Skyline Steel, LLC v. PilePro, LLC</u>, 101 F. Supp. 3d. 394, 412-13 (S.D.N.Y. 2015).  The Court will file the Preliminary Injunction Opinion with the approved redactions on the public docket, and access to the unredacted version will remain limited to selected parties.

        Because the parties have not proposed redactions to the Court's Memorandum Opinion and Order regarding Defendants' Motion to Dismiss (docket entry no. 129), it will be filed on the public docket in its entirety.

        SO ORDERED.

Dated: New York, New York               /s/ Laura Taylor Swain
   September 23, 2025                 LAURA TAYLOR SWAIN
                                              Chief United States District Judge