UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ROKT CORP. and ROKT PTE LTD.,

       Plaintiffs,

  -v-                                      No. 1:23-CV-02081-LTS

ADSPOSTX, INC., JON NOLZ, and
SUROJIT NIYOGI,

       Defendants.

-------------------------------------------------------x

## Order

There having been no request to maintain the sealed filing of the Court's September 5, 2025, Memorandum Opinion and Order Regarding Defendants' Motion to Dismiss (docket entry no. 129), the Clerk of Court is respectfully directed to unseal docket entry no. 129.

    SO ORDERED.

Dated: New York, New York
      September 26, 2025

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge