UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/2025
```

ROKT CORP. and ROKT PTE LTD.,

          Plaintiffs,

v.

ADSPOSTX, INC., JON NOLZ, and
SUROJIT NIYOGI,

          Defendants.

**ORDER**

23-CV-2081 (LTS) (HJR)

On October 13, 2025, Defendants filed a Stipulation of Substitution of Counsel of Record for Defendants (the "Stipulation"). ECF No. 151. The Stipulation does not adhere to the requirements of Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York ("Local Rule 1.4"). Defendants' prior counsel should submit an application of withdrawal including all information required by Local Rule 1.4, which must be served upon the client and all other parties.

**SO ORDERED.**

Dated: October 14, 2025
      New York, New York

_____
HENRY J. RICARDO
United States Magistrate Judge