UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2025
```

ROKT US CORP. and ROKT PTE LTD.,

　　　　　　　　Plaintiffs,

　　　　v.

ADSPOSTX, INC., JON NOLZ, and
SUROJIT NIYOGI,

　　　　　　　　Defendants.

**ORDER**

23-CV-2081 (LTS) (HJR)

　　　　The Court is in receipt of the Parties' December 18, 2025 joint status report.

ECF No. 160.  The Parties are directed to file a further joint status report by **March**

**19, 2026.**

**SO ORDERED.**

Dated: December 19, 2025
　　　　New York, New York

_____
HENRY J. RICARDO
United States Magistrate Judge