UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2026
```

ROKT US CORP. and ROKT PTE LTD.,

       Plaintiffs,

   v.

ADSPOSTX, INC., JON NOLZ, and
SUROJIT NIYOGI,

       Defendants.

**ORDER**

23-CV-2081 (LTS) (HJR)

The Court is in receipt of the Parties' March 19, 2026 joint status report.

ECF No. 174.  The Parties are directed to file a further joint status report by **June 18, 2026.**

**SO ORDERED.**

Dated: March 20, 2026
    New York, New York

HENRY J. RICARDO
United States Magistrate Judge