UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2026

ROKT US CORP. and ROKT PTE LTD.,

          Plaintiffs,

     v.

ADSPOSTX, INC., JON NOLZ, and
SUROJIT NIYOGI,

          Defendants.

**ORDER**

23-CV-2081 (LTS) (HJR)

The undersigned held a conference on May 1, 2026 to address Plaintiffs' letter motion, ECF No. 176 ("Plaintiffs' Motion"), and Defendants' letter, ECF No. 177 ("Defendants' Letter), regarding certain discovery disputes. The parties are instructed to comply with the below directives.

## I.    PRODUCTION OF MESSAGES AND DEVICES

Defendants are directed to produce Slack messages by **May 22, 2026**. Regarding the production of text messages, Defendants shall confer further with Plaintiffs as to the search terms Defendants will use and custodians Defendants will search for the period of 2022–2023. Defendants will conduct further searches of the personal email accounts of Jon Nolz and Surojit Niyogi through June 2023. Defendants shall image and search the two additional laptops identified if Plaintiffs pay for the imaging, and shall search the laptop already imaged.

## II.    PRODUCTION RELATED TO CUSTOMER INFORMATION

Counsel for Plaintiffs will confer with their clients regarding which customers and time period they are claiming damages for, and will advise Defendants

accordingly.  The parties will confer regarding what form the production of Plaintiffs' customer and revenue information will take.  Plaintiffs will also provide a definitive statement regarding what injuries they are claiming in relation to the two statements in their brief identified in Defendants' Letter.

## III.   SEARCH TERMS

Plaintiffs and Defendants will disclose their search terms.  Plaintiffs will also disclose their hit counts.  The disclosure of search terms will be limited to outside counsel only.  No admissions are made by running or disclosing a search term.

**SO ORDERED.**

Dated: May 1, 2026
        New York, New York

HENRY J. RICARDO
United States Magistrate Judge

2