UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2026
```

ROKT US CORP. and ROKT PTE LTD.,

                    Plaintiffs,

           v.

ADSPOSTX, INC., JON NOLZ, and
SUROJIT NIYOGI,

                    Defendants.

**ORDER**

23-CV-2081 (LTS) (HJR)

The Court is in receipt of the parties' joint status report. ECF No. 185. The

parties are directed to file a further joint status report by **September 18, 2026**.

**SO ORDERED.**

Dated: June 22, 2026
      New York, New York

HENRY J. RICARDO
United States Magistrate Judge