UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2026
```

ROKT US CORP. and ROKT PTE LTD.,

                    Plaintiffs,

        v.

ADSPOSTX, INC., JON NOLZ, and
SUROJIT NIYOGI,

                    Defendants.

**ORDER**

23-CV-2081 (LTS) (HJR)

       The Court is in receipt of Plaintiffs' letter motion, ECF No. 187 (the "Letter Motion"), requesting a pre-motion conference regarding certain discovery disputes. The request for a pre-motion conference is **GRANTED**. Defendants shall respond to the Letter Motion by **June 30, 2026**. The undersigned will hold a conference via telephone to address the Letter Motion on **July 14, 2026** at **11:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 635 877 890#).

       The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 187 as **GRANTED**.

**SO ORDERED.**

Dated: June 23, 2026
       New York, New York

HENRY J. RICARDO
United States Magistrate Judge

1