UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: ______________

ROKT US CORP. and ROKT PTE LTD.,

Plaintiffs,

v.

ADSPOSTX, INC., JON NOLZ, and SUROJIT NIYOGI,

Defendants.

**ORDER**

23-CV-2081 (LTS) (HJR)

A conference was held on July 14, 2026 to address Plaintiffs' letter motion, ECF No. 187, and Defendants' response letter, ECF No. 191. For the reasons articulated in the conference transcript, the parties shall adhere to the following directives:

- Defendants will disclose the aggregate amount contributed by investors annually in response to Plaintiffs' Request for Production No. 50.
- Defendants will produce agreements with advertisers and retailers in response to Plaintiffs' Requests for Production Nos. 52 and 54.
- Plaintiffs shall respond to Defendants' Interrogatory No. 5 by **August 28, 2026**.

**SO ORDERED.**

Dated: July 14, 2026
New York, New York

HENRY J. RICARDO
United States Magistrate Judge