USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROKT US CORP. and ROKT PTE LTD.,

Plaintiffs,

v.

ADSPOSTX, INC., JON NOLZ, and SUROJIT NIYOGI,

Defendants.

**ORDER**

23-CV-2081 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on August 31, 2026 to address Plaintiffs' letter motion, ECF No. 198 (the "Letter Motion"), seeking to compel Defendants to produce certain responses and documents in discovery. For the reasons articulated in the conference transcript, the Letter Motion is **GRANTED IN PART AND DENIED IN PART**.

## I. PLAINTIFFS' FIRST REQUESTS FOR ADMISSION ("RFA")

The motion to compel additional responses to RFA Nos. 15, 67, 28, 36, 73, and 74 is **DENIED**. Defendants must amend their responses to RFA Nos. 75–78 to answer them as if the words "and working with Rokt" were removed from them. Plaintiffs will revise RFA Nos. 81, 83–87, and 89. The parties will confer regarding Defendants providing supplemental RFA responses after they receive Plaintiffs' supplemental response to their Interrogatory No. 5.

Plaintiffs' request for a ruling regarding Defendants' Specific Objection No. 4 is **DENIED AS MOOT**.

## II. PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION ("RFP")

Plaintiffs' motion to compel further production based on its RFP Nos. 69 and 70 is **DENIED**. Plaintiffs' motion to compel production based on its RFP No. 72 is **GRANTED**.

## III. PLAINTIFFS' INTERROGATORIES

Plaintiffs' motion to compel responses to Interrogatory Nos. 15–25 is **DENIED**.

**SO ORDERED.**

Dated: August 31, 2026
New York, New York

HENRY J. RICARDO
United States Magistrate Judge