USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROKT US CORP. and ROKT PTE LTD.,

Plaintiffs,

v.

ADSPOSTX, INC., JON NOLZ, and SUROJIT NIYOGI,

Defendants.

**ORDER**

23-CV-2081 (LTS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' joint status report. ECF No. 221. The Parties shall file another joint status report by **November 20, 2026**.

**SO ORDERED.**

Dated: September 21, 2026
New York, New York

HENRY J. RICARDO
United States Magistrate Judge