DENTONS

**Sara Gates**

sara.gates@dentons.com
D +1 212-398-5232

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

October 29, 2026

**MEMO ENDORSED**

VIA ECF

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re: *Rokt US Corp. v. AdsPostX, Inc. d/b/a MomentScience*, Case No. 23-cv-02081-LTS-HJR Amended Request for an Adjournment of the November 5, 2026 Oral Argument**

Dear Judge Swain:

We represent Plaintiffs Rokt US Corp. and Rokt Pte. Ltd. (collectively, "Plaintiffs" or "Rokt") in the above-referenced action. Plaintiffs and Defendants AdsPostX d/b/a MomentScience, Jon Nolz, and Surojit Niyogi (collectively, "Defendants") write jointly pursuant to Section A.1.e of Your Honor's Individual Practices to amend their prior request for a brief adjournment of the oral argument scheduled for November 5, 2026 at 3:30 p.m. *See* ECF No. 242.

The parties understand, from the Court's October 23, 2026 email, that the Court is not available during the week of November 16, 2026. The parties therefore request that the Court adjourn oral argument to December 8, 2026 at 11:00 a.m., when the Court is available.

As previously noted, Plaintiffs' counsel of record have significant preexisting commitments, which will prevent them from preparing for and appearing at the scheduled oral argument. For example, one of Plaintiffs' counsel of record is currently out of the country on business from October 28 to November 4, 2026. Other members of Plaintiffs' team also have conflicting case commitments, including a mediation starting on November 4, 2026.

Additionally, the parties are in the process of preparing for mediation in this case, scheduled for November 11, 2026 before Marc E. Isserles, Esq. of JAMS. The parties have committed to exchanging substantial mediation briefs the week before the mediation and are also negotiating the exchange of targeted discovery to facilitate mediation.

Although Plaintiffs wish to expeditiously proceed with their motion to enforce the Court's preliminary injunction order, they are cognizant of the fact that mediation may provide an avenue to resolve this action. Due to counsel's preexisting commitments and the parties' current focus on

mediation, the parties respectfully request that the Court adjourn oral argument to December 8, 2026 at 11:00 a.m.

This is the parties' first (amended) request for an adjournment of the oral argument date, but not the first request for an extension of case deadlines, which the Court has previously granted in part and denied in part. As the Court recently granted an extension of the remaining deadlines in the Case Management Plan, *see* ECF No. 241, the requested adjournment will not affect any case deadlines.

We thank the Court for its attention to this matter.

Respectfully submitted,

Sara Gates

The parties' request is granted. The oral argument hearing scheduled for November 5, 2026 is adjourned to **Tuesday, December 8, 2026, at 11:00 AM** in Courtroom 17C. Docket entry nos. 242 and 244 are resolved.

SO ORDERED.
October 29, 2026
/s/ Laura Taylor Swain, Chief USDJ